IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samah Heiba<br>1030 Kerper St., Philadelphia, PA 19111<br><br>  Plaintiff<br><br>vs.<br><br>Save A Lot Food Stores d/b/a Save A Lot<br>6422 Castor Ave., Philadelphia, PA 19149<br>  and<br>Save A Lot Holdings Inc.<br>1209 Orange St., Wilmington, DE 19801<br>  and<br>Supervalu Inc.<br>1209 Orange St., Wilmington, DE 19801<br>  and<br>Moran Foods LLC<br>120 South Central Ave., Clayton, MO 63105<br><br>  Defendants | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DISCLOSURE STATEMENT FORM**

Please check one box:

__x__   The nongovernmental corporate party, Save-A-Lot Food Stores d/b/a Save-A-Lot, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

_____   The nongovernmental corporate party, _____ in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:
_____

_____

Date: 10/ 13 /17                                                              Signature

  Counsel for:   *Attorney for Defendants, Save-A-Lot Food d/b/a*
                 *Save-A-Lot, Save-A-Lot Holdings, Inc.,*
                 *Supervalu Inc. and Moran Foods, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samah Heiba<br>1030 Kerper St., Philadelphia, PA 19111<br><br>                     Plaintiff<br><br>vs.<br><br>Save A Lot Food Stores d/b/a Save A Lot<br>6422 Castor Ave., Philadelphia, PA 19149<br>                     and<br>Save A Lot Holdings Inc.<br>1209 Orange St., Wilmington, DE 19801<br>                     and<br>Supervalu Inc.<br>1209 Orange St., Wilmington, DE 19801<br>                     and<br>Moran Foods LLC<br>120 South Central Ave., Clayton, MO 63105<br><br>                     Defendants | CIVIL ACTION NO. |

**DISCLOSURE STATEMENT FORM**

Please check one box:

_____    The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

  X    The nongovernmental corporate party, <u>Save-A-Lot Holdings, Inc.</u> in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:
        <u>SUPERVALU, INC.</u>

Date: 10/ 13 /17                 Signature

                      Counsel for:    *Attorney for Defendants, Save-A-Lot Food d/b/a Save-A-Lot, Save-A-Lot Holdings, Inc., Supervalu Inc. and Moran Foods, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samah Heiba<br>1030 Kerper St., Philadelphia, PA 19111<br><br>Plaintiff<br><br>vs.<br><br>Save A Lot Food Stores d/b/a Save A Lot<br>6422 Castor Ave., Philadelphia, PA 19149<br>and<br>Save A Lot Holdings Inc.<br>1209 Orange St., Wilmington, DE 19801<br>and<br>Supervalu Inc.<br>1209 Orange St., Wilmington, DE 19801<br>and<br>Moran Foods LLC<br>120 South Central Ave., Clayton, MO 63105<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DISCLOSURE STATEMENT FORM

Please check one box:

__X__    The nongovernmental corporate party, <u>Supervalu, Inc.</u> in the above         listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

_____    The nongovernmental corporate party, _____ in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____
Signature

Date: 10/ 13 /17

Counsel for:    *Attorney for Defendants, Save-A-Lot Food d/b/a Save-A-Lot, Save-A-Lot Holdings, Inc., Supervalu Inc. and Moran Foods, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samah Heiba<br>1030 Kerper St., Philadelphia, PA 19111<br><br>Plaintiff<br><br>vs.<br><br>Save A Lot Food Stores d/b/a Save A Lot<br>6422 Castor Ave., Philadelphia, PA 19149<br>and<br>Save A Lot Holdings Inc.<br>1209 Orange St., Wilmington, DE 19801<br>and<br>Supervalu Inc.<br>1209 Orange St., Wilmington, DE 19801<br>and<br>Moran Foods LLC<br>120 South Central Ave., Clayton, MO 63105<br><br>Defendants | CIVIL ACTION NO. |

## DISCLOSURE STATEMENT FORM

Please check one box:

_____ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

__X__ The nongovernmental corporate party, <u>Moran Foods, LLC</u> in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:
 <u>SUPERVALU, INC.</u>

Date: 10/ 13 /17   Signature

Counsel for: *Attorney for Defendants, Save-A-Lot Food d/b/a Save-A-Lot, Save-A-Lot Holdings, Inc., Supervalu Inc. and Moran Foods, Inc.*